AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

Victor Omotshonse

Case Number: 1:05M124A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Victor Kayode Motchinse

I certify that I am admitted to practice in this court.

10-17-5
Date

Signature

KJ FITZGERALD 5775
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number