UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MISC No. 1:05-M-124A |
| | : | |
| VICTOR KAYODE MOTEHINSE | : | |

**ORDER**

This matter was heard on October 17, 2005 before Magistrate Judge Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, VICTOR KAYODE MOTEHINSE should be removed to the Middle District of Florida to answer an indictment filed against him in that District. The Defendant, being represented by counsel, Kevin J. Fitzgerald, Assistant Federal Defender, having waived his right to an identity hearing, it is hereby:

ORDERED, ADJUDGED AND DECREED

The Defendant is ordered removed in the custody of the United States Marshals Service to the judicial district of the Middle District of Florida.

PER ORDER,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
October 17, 2005