UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

October 24, 2005
USA v. Victor Kayode Motehinse

United States District Court
United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202

RI Case # 1:05-M-124A

Your Docket No. 3:02-CR-100

Enclosed herein please find original/certified copies of the following:

[X] Warrant of Arrest
[X] Indictment
[ ] Financial Affidavit
[X] Order appointing counsel
[ ] CJA 20 - Appointment of Counsel under CJA
[ ] Order setting bail
[ ] Appearance Bond
[ ] Order setting conditions of release
[ ] Report of proceedings before U.S. Magistrate Judge/Minute Sheet
[ ] Waiver of preliminary hearing
[X] Waiver of Identity Hearing/Removal Hearing
[ ] Detention Order
[X] Commitment to Another District (AO 94)
[X] Order of Removal
[X] Copy of docket entries from this district
[ ] Other

RECEIVED
2005 OCT 27 P 12:45
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:

Clerk's Office

**U.S. District Court for the District of Rhode Island**
**John O. Pastore Building, Room 234**
**Two Exchange Terrace**
**Providence, Rhode Island 02903**

**Deputy Clerk**